Jules v. Farinella 23-1253 and 23-1283 Jules v. Farinella